No. 88–1932. UNITED STATES *v.* MUNOZ-FLORES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. In addressing the justiciability issues presented in this case, the parties are requested to brief the applicability of the political question doctrine. 

No. 88–1972. ILLINOIS *v.* PERKINS. App. Ct. Ill., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 89–156. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE ET AL. *v.* DAVENPORT ET UX. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 88–2035. ADAMS FRUIT CO., INC. *v.* BARRETT ET AL. C. A. 11th Cir. Motion of National Council of Self-Insurers for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

No. 88–2043. BALILES, GOVERNOR OF VIRGINIA, ET AL. *v.* VIRGINIA HOSPITAL ASSN. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 88–7351. WALTON *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 88–1635. TRUESDALE *v.* UNIVERSITY OF NORTH CAROLINA ET AL. Ct. App. N. C. Certiorari denied.